

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2019

No. 04-19-00463-CV

**IN THE INTEREST OF M. K. B.**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23300
The Honorable Aaron Haas, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court